In the Matter of IGNATIUS KORNBLUH and Others, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, Impleaded with SAMUEL ECKER and EDWARD A. NEYLAN, Respondents.*— Order affirmed.  No opinion.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of IGNATIUS KORNBLUH and Others against S. HOWARD COHEN and Others, Impleaded with SAMUEL ECKER and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HERMANN KRAUTER v. A. BRESLAUER, INC.— Motion granted in so far as to stay examination pending determination of defendant's appeal from order denying said defendant's motion for judgment on the pleadings.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LEON WIESELTHIER v. LAFAYETTE FIRE INSURANCE COMPANY and Others.— Motion granted as stated in order.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JEROME WILE and Others v. BURNS BROTHERS and Others.  JEROME WILE and Others v. BURNS BROTHERS and Others.— Motion granted as stated in order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM THOMAS.— Motion granted in so far as to extend time of defendant to file the appellant's points on appeal to and including November 8, 1933, with notice of argument for November 23, 1933.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SVENSKA TAENDSTICKS FABRIC AKTIEBOLAGET, etc., and Others v. BANKERS TRUST COMPANY OF NEW YORK and Another, Impleaded, etc.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GUS K. WORMS and Others for an Order Directing Arbitration under a Written Contract between NEWMAN BROS. & WORMS and DANIEL DORFF, Pursuant to Provisions of Arbitration Law.— Motion denied, with ten dollars costs, and stay vacated.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY R. SMITH v. ASSECURANZ-UNION VON 1865 OF HAMBURG.— Motion granted in so far as to stay entry of judgment pending determination of appeal. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CONRAD GASCHOTT v. ASSECURANZ-UNION VON 1865 OF HAMBURG.— Motion denied, with ten dollars costs.  If defendant desires to answer on the merits, if any, it should move at Special Term to open its default.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PRUDENTIAL COAT, APRON AND TOWEL SUPPLY CO., INC., v. UNITY COAT AND APRON, INC., and Others, Impleaded with THOMAS B. TROUSDELL.— Motion denied, with ten dollars costs.  Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

*Appeal dismissed, 263 N. Y. 683.